IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| KAY F. EDLER | BANKRUPTCY NO. 08-16960(ELF) |
| Debtor | |

### PRAECIPE TO WITHDRAW MOTION OF ARTHUR P. LIEBERSOHN, CHAPTER 7 TRUSTEE, FOR AUTHORITY TO SELL DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES TO LEONARD W. AND CHRISTINE LOWE, WAIVE TEN DAY TIME PERIOD UNDER BANKRUPTCY RULE 6004(g), AND FOR APPROVAL OF BROKERS COMMISSION PURSUANT TO 11 U.S.C. § 327

**TO THE CLERK OF THE COURT:**

Kindly withdraw the Motion of Arthur P. Liebersohn, Chapter 7 Trustee, for Authority to Sell Debtor's Property Free and Clear of All Liens, Claims and Encumbrances to Leonard W. and Christine Lowe and to Waive Ten Day Time Period under Bankruptcy Rule 6004(g), and for Approval of Brokers Commission Pursuant to 11 U.S.C. § 327.

**MASCHMEYER KARALIS P.C.**

By: __/s/ Paul B. Maschmeyer__
Paul B. Maschmeyer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Trustee

Dated: January 12, 2010